**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6008**

---

DEWAYNE E. MOORE, SR.,

Plaintiff - Appellant,

versus

JAMES METTS, Sheriff; OSCAR MCINTOSH,
Detective,

Defendants - Appellees,

and

MARC H. WESTBROOK, Administrative; SCOTT
WHITTLE, Magistrate; WILLIAM SHOCKLEY,
Magistrate; DONALD V. MYERS, Solicitor;
DAVID SHAWN GRAHAM, Assistant Solicitor,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(CA-03-2736-3-24BD)

---

Submitted: May 12, 2005                    Decided: May 17, 2005

---

Before TRAXLER, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Dewayne E. Moore, Sr., Appellant Pro Se.  Barton Jon Vincent, DAVIDSON, MORRISON & LINDEMANN, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dewayne E. Moore, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Metts, No. CA-03-2736-3-24BD (D.S.C. Dec. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED